IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 99-40689
Conference Calendar

_____

FLOYD MURRAY,

                                        Plaintiff-Appellant,

versus

TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL
DIVISION; DONALD HOLLAND, Michael Unit Individually and in
official capacity; BOBBY BRITT, Michael Unit Individually and in
official capacity; JAMES MAGEE, Correctional Officer III,

                                        Defendants-Appellees.

--------------------
Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 6:97-CV-606
--------------------
February 17, 2000

Before EMILIO M. GARZA, BENAVIDES, and DENNIS, Circuit Judges.

PER CURIAM:[*]

    Floyd Murray, Texas state prisoner # 520390, appeals from the district court's dismissal of his civil rights complaint for failure to state a claim under 28 U.S.C. § 1915A(b)(1). Murray argues that the district court erred in dismissing his claims of deliberate indifference for failure to state a claim. We have reviewed the record and find no reversible error. Accordingly, the dismissal of Murray's claims against the individual defendants is AFFIRMED for essentially the reason given by the

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

district court.  <u>See</u> <u>Murray v. TDCJ-ID</u>, No. 6:97-CV-606 (E.D. Tex. May 24, 1999).

Because Murray does not address the district court's dismissal of his claims against the Texas Department of Criminal Justice-Institutional Division on grounds of sovereign immunity, he has abandoned this issue on appeal and we decline to address it.  <u>See</u> <u>Yohey v. Collins</u>, 985 F.2d 222, 224-25 (5th Cir. 1993).

AFFIRMED.